Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., #417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Rhakeem Harris,<br>Individually and on behalf of all<br>other similarly situated,<br><br>       *Plaintiff*<br><br>vs.<br><br>Tex Chevrolet, Inc. d/b/a Earnhardt<br>Chevrolet, an Arizona Corporation,<br><br>       *Defendant.* | Case No. 2:21-cv-00062-SMB<br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Rhakeem Harris, does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Rhakeem Harris, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: March 24, 2021                     Respectfully Submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., #417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**NOTICE OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., #417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**NOTICE OF DISMISSAL**